UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JIMMY L. HOOD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:13-cv-270- SEB-MJD |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner for the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court, having reviewed the Magistrate Judge's Report and Recommendation at Docket No. 25 and observing that no party objected to it within the time permitted under 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), finds said Report and Recommendation is sound and well-reasoned and adopts it as the ruling of this Court.

Accordingly, the Commissioner's decision denying Plaintiff's application for Disability Insurance Benefits ("DIB") under Title II and Supplemental Security Income ("SSI") under Title XVI of the Social Security Act is REVERSED. Plaintiff's Motion for Summary Judgment filed at Docket No. 17 is GRANTED, and this case is REMANDED to the Commissioner to resolve the inconsistencies addressed in the ruling at Docket No. 25 and make a new residual functional capacity ("RFC") determination.

IT IS SO ORDERED.

Date: 02/03/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Karl E. Osterhout
OSTERHOUT DISABILITY LAW, LLC
karl@mydisabilityattorney.com